FILED

11/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0213

TODD MARTIN RUDE,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

NOV 15 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Todd Martin Rude was granted an extension of time to file and serve his opening brief on or before September 20, 2022. Nothing further was filed, and on October 3, 2022, this Court ordered that Appellant prepare, file, and serve the opening brief no later than November 2, 2022. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Todd Martin Rude and to all counsel of record.

DATED this 15 day of November, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices